FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 16 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| SARA LOWRY, <br><br>      Plaintiff-Appellant, <br><br> v. <br><br> CITY OF SAN DIEGO, <br><br>      Defendant-Appellee. | No.  13-56141 <br><br> D.C. No. <br> 3:11-cv-00946-MMA-WMC <br> Southern District of California, <br> San Diego <br><br> **ORDER** |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.